IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JERRY DON WILLIAMS, (TDCJ-CID #502311) | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION H-07-2231 |
| DR. JOHNSON, *et al.*, | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is dismissed with prejudice.

This is a final judgment.

SIGNED on July 17, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge