IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JERRY DON WILLIAMS, | § | |
| (TDCJ-CID #502311) | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION H-07-2231 |
| | § | |
| DR. JOHNSON, *et al.,* | § | |
| | § | |
|     Defendants. | § | |

## ORDER

The plaintiff, an inmate of the Texas Department of Criminal Justice - Correctional Institutions Division, filed this civil rights action *in forma pauperis* on July 3, 2007. On July 17, 2007, this court dismissed the action because the claims were duplicative of those previously adjudicated. The plaintiff's motion for discovery, (Docket Entry No. 19), is denied as moot. The plaintiff's motion to vacate, (Docket Entry No. 20), is denied, for the reasons that the case was dismissed in the first place.

SIGNED on August 1, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge